UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY TURCZYN,

    Plaintiff,

vs.                                                                Case No. 14-CV-14577
                                                                Hon. Laurie J. Michelson

ALLIANCE CATHOLIC CREDIT UNION,

    Defendant.
_____/

| DEBORAH GORDON LAW | THE DANIELSON GROUP, P.C. |
|---|---|
| Gordon, Laughbaum & Prescott | Kenneth M. Gonko (P30660) |
| Deborah L. Gordon (P27058) | Attorneys for Defendant |
| Sarah S. Prescott (P70510) | 55921 Gratiot Avenue |
| Attorneys for Plaintiff | Chesterfield, MI 48051 |
| 33 Bloomfield Hills Parkway, Suite 220 | (586) 749-6400 |
| Bloomfield Hills, MI 48304 | kgonko@dgrouppc.com |
| (248) 258-2500 | |
| dgordon@deborahgordonlaw.com | |
| sprescott@deborahgordonlaw.com | |

_____/

## APPEARANCE

TO THE CLERK OF SAID COURT:

    PLEASE ENTER the Appearance of KENNETH M. GONKO and THE DANIELSON GROUP, P.C. as Counsel for Alliance Catholic Credit Union, Defendant in the above entitled cause.

                                                Respectfully submitted,

                                                THE DANIELSON GROUP. P.C.

                                                By: s/Kenneth M. Gonko
                                                   Kenneth M. Gonko (P30660)
                                                Attorneys for Defendant
                                                55921 Gratiot Avenue

        Chesterfield, MI 48051
        (586) 749-6400
        kgonko@dgrouppc.com

## **NOTICE OF APPEARANCE**

TO:      Sarah S. Prescott, Attorney at Law
           Deborah Gordon Law
           Gordon, Laughbaum & Prescott
           33 Bloomfield Hills Parkway
           Suite 220
           Bloomfield Hills, MI 48304

      PLEASE TAKE NOTICE that on this date I have caused my Appearance to be entered as attorney for Alliance Catholic Credit Union, Defendant in the above entitled cause.

        Respectfully submitted,

        THE DANIELSON GROUP. P.C.


        By: s/Kenneth M. Gonko
          Kenneth M. Gonko (P30660)
        Attorneys for Defendant
        55921 Gratiot Avenue
        Chesterfield, MI 48051
        (586) 749-6400
        kgonko@dgrouppc.com

Dated: January 5, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to Sarah S. Prescott, Attorney at Law, Deborah Gordon Law, 33 Bloomfield Hills Parkway, Suite 220, Bloomfield Hills, MI 48304.

I declare that the above statements are true to the best of my information, knowledge and belief.

Respectfully submitted,

THE DANIELSON GROUP. P.C.


By: s/Kenneth M. Gonko
   Kenneth M. Gonko (P30660)
Attorneys for Defendant
55921 Gratiot Avenue
Chesterfield, MI 48051
(586) 749-6400
kgonko@dgrouppc.com

Dated: January 5, 2015